Argued and submitted January 17, affirmed April 23, 1986

# STATE OF OREGON,
*Respondent,*

*v.*

# LAVETA MELVINA KITTSON,
*Appellant.*

(CR85-425; CA A36846)

716 P2d 779

Mike Kilpatrick, Mt. Vernon, argued the cause for appellant. With him on the brief was Kilpatricks & Pope, Mt. Vernon.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a conviction for driving under the influence of intoxicants in violation of *former* ORS 487.540. Her two assignments of error are based on her argument that that crime requires a culpable mental state. We recently held otherwise in *State v. Maguire,* 78 Or App 459, 717 P2d 226 (1986).

Affirmed.